**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 08-80848-CIV-RYSKAMP/VITUNAC

EDWARD A. CRESSWELL,

     Plaintiff,

v.

BANK OF AMERICA, CORP., et al.,

     Defendants.

_____/

**ORDER DISMISSING DEFENDANT TRANS UNION LLC**

THIS CAUSE comes before the Court pursuant to the Stipulation of Dismissal as to

Defendant Trans Union LLC, filed August 22, 2008 **[DE 18]**.  It is hereby

ORDERED AND ADJUDGED that all claims or causes of action against Trans Union

LLC that were or could have been the subject matter of this lawsuit are hereby dismissed without

prejudice, with court costs to be paid by the party incurring same.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 28th day of

August, 2008.


                    S/Kenneth L. Ryskamp
                    KENNETH L. RYSKAMP
                    UNITED STATES DISTRICT JUDGE