UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80848-CIV-RYSKAMP/VITUNAC

EDWARD A. CRESSWELL,

    Plaintiff,

v.

BANK OF AMERICA, CORP., et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the Stipulation of Dismissal as to all remaining Defendants, filed August 28, 2008 **[DE 20]**. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 29th day of August, 2008.

                                              S/Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE